UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEE GREEN, | No. 2:25-cv-03630-DC-JDP |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO REMAND AND REMANDING ACTION TO THE SACRAMENTO COUNTY SUPERIOR COURT |
| UNIVERSITY ENTERPRISES, INC., et al., | |
| Defendants. | (Doc. Nos. 12, 18) |

On January 14, 2026, Plaintiff filed a motion to remand this action to the Sacramento County Superior Court, where this action was originally filed. (Doc. No. 12.) On February 2, 2026, Defendants filed a stipulation in which they agree that remand of this action is appropriate. (Doc. No. 18.) Thus, Plaintiff's unopposed motion to remand (Doc. No. 12) is GRANTED.

Accordingly, this action is remanded to the Sacramento County Superior Court, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   __**February 5, 2026**__                              _____

Dena Coggins
United States District Judge

1